# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| SOLOMON J. VERDIN, JR. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 18-4830 |
| SHERIFF JERRY LARPENTER, ET AL. | SECTION "J"(4) |

## ORDER AND REASONS

The plaintiff, Solomon J. Verdin, Jr., filed a pleading entitled **Motion to Compel (Rec. Doc. No. 29)** requesting, under the broadest construction, that the Court order members of the custodial and medical staff at the Terrebonne Parish Criminal Justice Complex and the Terrebonne Parish President to stop "retaliatory" actions against him in the form of medical care that he does not find satisfactory. He lists nine people he seeks to have subject to the orders of this Court, but only two appear to be named defendants in this action. He also fails to indicate any retaliatory action or dereliction of duty by any identified person. His only recognizable assertion is that he wants different or more medical care and attention than he is currently receiving.

Verdin already has several motions for injunctive relief and to supplement his complaint to include claims of medical indifference, all of which are pending before the Court. These motions will be addressed by the Court in due course following the *Spears* Hearing scheduled for July 9, 2018, when the Court can ascertain what it is Verdin is truly asserting in his pleadings.

Verdin is cautioned that the continued filing of frivolous and repetitive motions is becoming a burden on the Court's docket. Because this motion is repetitive of relief already sought

in his other pleadings, it will dismissed without prejudice to his ability to pursue his already pending motions seeking similar relief. Accordingly,

**IT IS THEREFORE ORDERED** that Verdin's **Motion to Compel (Rec. Doc. No. 29)** is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this  26th  day of June, 2018.

						_____
						**KAREN WELLS ROBY
						CHIEF UNITED STATES MAGISTRATE JUDGE**