# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

SOLOMON J. VERDIN, JR.                 CIVIL ACTION

VERSUS                                      NO. 18-4830

SHERIFF JERRY LARPENTER, ET AL.     SECTION   "J"(4)

## O R D E R

The Court, having considered the record, the applicable law, the Partial Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Chief Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Solomon J. Verdin, Jr.'s Motion for Temporary Restraining Order (**Rec. Doc. No. 24**), Motion for Injunctive Relief (**Rec. Doc. No. 25**), and Motion to Compel (**Rec. Doc. No. 32**) are **DENIED**.

New Orleans, Louisiana, this 17th day of September, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE